# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　v.<br>Horlando Mendoza-Cruz,<br>　　　　Defendant. | Case No. 18-mj-10194-PCL-CAB<br><br>**Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Madero-Diaz*, Ninth Circuit Case No. 17-50347; *United States v. Duffy*, Ninth Circuit Case No. 17-50414; *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206; and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**SO ORDERED.**

DATED: 9/24, 2018

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE